# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **IMMERSION CORPORATION,**<br>    Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS AMERICA, INC.,** *et al.*,<br>    Defendants. | Case No. 2:17-CV-00572-JRG |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT PROPOSED PROTECTIVE ORDER

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), respectfully files this Unopposed Motion for an Extension of Time to Submit Proposed Protective Order, and would show as follows:

Under the Docket Control Order (Dkt. No. 27), the deadline to submit a proposed protective order is December 19, 2017. The parties are working diligently to reach agreement on a small number of issues that remain outstanding with respect to the proposed protective order. The parties believe that having additional discussions will facilitate a potential agreement. Samsung therefore respectfully moves the Court for up to and including December 22, 2017, for the parties to submit their proposed protective order. This extension is unopposed and will not delay any other Court ordered deadlines. A proposed order granting this extension is attached.

2

Date: December 19, 2017                    Respectfully submitted,

                                                      By: */s/ Melissa R. Smith*
                                                      Ruffin B. Cordell
                                                      TX Bar No. 04820550
                                                      cordell@fr.com
                                                      Michael J. McKeon
                                                      DC Bar No. 459780
                                                      mckeon@fr.com
                                                      Indranil Mukerji
                                                      MA Bar 644059
                                                      mukerji@fr.com
                                                      **FISH & RICHARDSON P.C.**
                                                      The McPherson Building
                                                      901 15th St, NW, Suite 700
                                                      Washington, DC 20005
                                                      Telephone: (202) 783-5070
                                                      Facsimile: (202) 783-2331

                                                      Leonard E. Davis
                                                      TX Bar No. 05521600
                                                      ldavis@fr.com
                                                      **FISH & RICHARDSON P.C.**
                                                      1717 Main Street, Suite 5000
                                                      Dallas, TX 75201
                                                      Telephone: (214) 747-5070
                                                      Facsimile: (214) 747-2091

                                                      Francis J. Albert (pro hac vice pending)
                                                      CA Bar No. 247741
                                                      albert@fr.com
                                                      **FISH & RICHARDSON P.C.**
                                                      12390 El Camino Real
                                                      San Diego, CA 92150
                                                      Telephone: (858) 678-5070
                                                      Facsimile: (858) 378-5099

        Melissa Smith
        TX Bar No. 24001351
        melissa@gillamsmithlaw.com
        **GILLAM & SMITH LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934 – 8450
        Facsimile: (903) 934-9257

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 19, 2017.

        */s/ Melissa R. Smith*
        Melissa R. Smith