UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG ELECTRONICS CO., LTD.,<br>    Defendants. | Case No. 2:17-cv-00572-JRG |

**UNOPPOSED MOTION TO RESET JURY SELECTION**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully file this Unopposed Motion to Reset Jury Selection, and would show as follows:

Under the Docket Control Order (Dkt. No. 27), the date for Jury Selection on February 4, 2019, falls within the Korean Lunar New Year holiday, which will take place from February 4-6, 2019. Employees generally spend this holiday at home with their family such that relevant witnesses and corporate representatives of Samsung coming from Korea will likely not be available during those days to begin trial of this matter. Plaintiff does not oppose postponing jury selection by two weeks to February 18, 2019, to allow time for preparation of trial and travel to the US after the national holiday.

Samsung therefore respectfully moves the Court to reset jury selection in this matter to February 18, 2019. Alternatively, the parties stand ready to confer with the Court if a different date works better for the Court's calendar. This extension is unopposed and will not delay or otherwise affect any other Court ordered deadline.

Date: March 2, 2018                                     Respectfully submitted,

By: /s/ Jane Du
  Ruffin B. Cordell
  TX Bar No. 04820550
  cordell@fr.com
  Michael J. McKeon
  DC Bar No. 459780
  mckeon@fr.com
  Indranil Mukerji
  MA Bar 644059
  mukerji@fr.com
  **FISH & RICHARDSON P.C.**
  The McPherson Building
  901 15th St, NW, Suite 700
  Washington, DC 20005
  Telephone: (202) 783-5070
  Facsimile: (202) 783-2331

  Leonard E. Davis
  TX Bar No. 05521600
  ldavis@fr.com
  Jane Du
  TX Bar No. 24076355
  du@fr.com
  Tom Gorham
  TX Bar No. 24012715
  gorham@fr.com
  **FISH & RICHARDSON P.C.**
  1717 Main Street, Suite 5000
  Dallas, TX 75201
  Telephone: (214) 747-5070
  Facsimile: (214) 747-2091

  Francis J. Albert (*pro hac vice*)
  CA Bar No. 247741
  albert@fr.com
  **FISH & RICHARDSON P.C.**
  12390 El Camino Real
  San Diego, CA 92150
  Telephone: (858) 678-5070
  Facsimile: (858) 378-5099

Katherine Reardon
NY Bar No: 5196910
kreardon@fr.com
**FISH & RICHARDSON P.C.**
601 Lexington Avenue, 52nd Floor
New York, NY 10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Tony Nguyen
TX Bar No. 24083565
nguyen@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Ste. 2800
Houston, TX 77010
Tel: 713-654-5300
Fax: 713-652-0109

Melissa Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934 – 8450
Facsimile: (903) 934-9257
**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 2, 2018.

*/s/ Jane Du*
Tom Gorham