UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG ELECTRONICS CO., LTD.,<br>    Defendants. | Case No. 2:17-cv-00572-JRG |

## ORDER GRANTING MOTION TO RESET JURY SELECTION

Having considered Defendants Samsung Electronics Co., Ltd. and Samsung Electronics Unopposed Motion to Reset Jury Selection, the Court is of the opinion that the Motion is well taken and should be GRANTED. Accordingly, it is

ORDERED that jury selection in the above action is hereby reset for February 19, 2019.

**So ORDERED and SIGNED this 5th day of March, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE