# EXHIBIT B



US008619051B2

## (12) United States Patent
### Lacroix et al.

(10) Patent No.: **US 8,619,051 B2**
(45) Date of Patent: **Dec. 31, 2013**

(54) **HAPTIC FEEDBACK SYSTEM WITH STORED EFFECTS**

(75) Inventors: **Robert Andre Lacroix**, San Jose, CA (US); **Pedro Gregorio**, Verdun (CA); **Kollin M. Tierling**, Milpitas, CA (US)

(73) Assignee: **Immersion Corporation**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/195,383**

(22) Filed: **Aug. 1, 2011**

(65) **Prior Publication Data**

US 2011/0310043 A1   Dec. 22, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/748,219, filed on May 14, 2007.

(60) Provisional application No. 60/890,690, filed on Feb. 20, 2007.

(51) **Int. Cl.**
*G06F 3/041* (2006.01)
*G09G 5/00* (2006.01)

(52) **U.S. Cl.**
USPC ............................ **345/173**; 345/156; 715/701

(58) **Field of Classification Search**
USPC ........................ 345/156–173; 710/1, 5, 8, 58; 715/700–702
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,005,551 A | | 12/1999 | Osborne et al. |
| 6,278,439 B1 | | 8/2001 | Rosenberg et al. |
| 2004/0104924 A1 | * | 6/2004 | Braun et al. ................. 345/701 |
| 2005/0134562 A1 | | 6/2005 | Grant et al. |
| 2005/0184696 A1 | | 8/2005 | Anastas et al. |
| 2006/0017691 A1 | | 1/2006 | Cruz-Hernandez et al. |
| 2006/0119573 A1 | | 6/2006 | Grant et al. |
| 2006/0129719 A1 | | 6/2006 | Cruz-Hernandez et al. |
| 2006/0288137 A1 | | 12/2006 | Grant et al. |
| 2006/0290662 A1 | * | 12/2006 | Houston et al. ............... 345/156 |
| 2008/0117175 A1 | | 5/2008 | Linjama et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 260 949 A1 | 11/2002 |
| EP | 1260949 A1 | 11/2002 |
| EP | 1 401 185 A1 | 3/2004 |
| EP | 1401185 A1 | 3/2004 |
| JP | 3-85481 | 4/1991 |
| JP | 2003-037653 | 2/2003 |
| JP | 2005-506613 | 3/2005 |
| JP | 2006-065507 | 3/2006 |
| JP | 2006-343919 | 12/2006 |
| JP | 2007-034991 | 2/2007 |
| RU | 2 141 741 C1 | 11/1999 |
| WO | 2005/085981 A1 | 9/2005 |
| WO | 2006019389 A2 | 2/2006 |

OTHER PUBLICATIONS

Cyberman 3D SWIFT Supplement:, Version 1.0a; Revised Feb. 10, 1994; Logitech, Inc.; Fremont, CA; pp. 1-33.

* cited by examiner

*Primary Examiner* — Hong Zhou
(74) *Attorney, Agent, or Firm* — Miles & Stockbridge P.C.

(57) **ABSTRACT**

A haptic feedback system that includes a controller, a memory coupled to the controller, an actuator drive circuit coupled to the controller, and an actuator coupled to the actuator drive circuit. The memory stores at least one haptic effect that is executed by the controller in order to create a haptic effect.

**15 Claims, 6 Drawing Sheets**



TABLE 3-continued

| | | | Generalized Voltage/Time Pair Encoding, "Set & Ramp" Pair: |
| --- | --- | --- | --- |
| Byte # | Bits | Data | Meaning |
| 1 | 7...0 | Time, ms/5 | Time, in 5 ms increments. For best results, the driver code should run the control loop at 200 Hz. Maximum time that can be encoded = 255 × 5 ms = 1.275 sec. For longer durations, create a sequence of voltage/time pairs. |
| 2 | 7...0 | Slope | −128, or −127 to 127. Whole part of the slope value, representing whole PWM steps to be taken every 5 ms. −128 represents a Slope of "negative 0", versus "positive 0", which is 0. More on slope below. |
| 3 | 7...0 | SlopeFrac | 0 . . . 255. Fractional part of the slope value, expressed as a fraction of 256. More on slope below. |

Using Slope and SlopeFrac
The driver can use these values in the following way:
pwm=Voltage<<1; /* Initial PWM value */
pwm_rem=0; /* Initial PWM remainder */
In 5 ms loop:

```
If( (pwm_rem + SlopeFrac) < pwm_rem ) /* this remainder is about to rollover */
{
Slope >= 0 ? pwm++ : pwm−−;
}
pwm_rem += SlopeFrac;
if( −128 != Slope) pwm += Slope;
```

The Effect Name Block, which is optional, has one subblock: an Effect Name Data Sub-Block.

Several embodiments are specifically illustrated and/or described herein. However, it will be appreciated that modifications and variations of are covered by the above teachings and within the purview of the appended claims without departing from the spirit and intended scope of the invention.

What is claimed is:

1. A haptic feedback system comprising:
a processor;
a memory coupled to the processor, wherein the memory stores a plurality of pre-defined haptic effects;
an actuator drive circuit coupled to the processor; and
an actuator coupled to the actuator drive circuit;
wherein the processor is adapted to output a first stored haptic effect of the pre-defined haptic effects in response to a haptic effect request;
wherein the haptic effect request is a control signal generated in response to a first application that identifies the first stored haptic effect to be played;
wherein the output causes the first stored haptic effect to be played;
wherein the entire haptic output in response to the haptic effect request consists of the first stored haptic effect;
wherein an application program interface (API) receives the haptic effect request from the first application and retrieves the requested first stored haptic effect, wherein the first application is registered with the API and a second application is also registered with the API and has access to the first stored haptic effect.

2. The haptic feedback system of claim 1, wherein the haptic effect request comprises an identity of the pre-defined haptic effect to be outputted.

3. The haptic feedback system of claim 1, wherein each of the plurality of pre-defined haptic effects are stored as a digitized streamed envelope construct.

4. The haptic feedback system of claim 1, further comprising:
a second actuator drive circuit coupled to the processor; and
a second actuator coupled to the second actuator drive circuit;
wherein the second actuator is a different type of actuator than the actuator.

5. The haptic feedback system of claim 1, wherein the haptic effect request comprises a priority, and the first stored haptic effect is outputted based on the priority.

6. The haptic feedback system of claim 1, wherein the first stored haptic effect is outputted to the actuator drive circuit, and in response the actuator drive circuit generates a haptic feedback signal that is applied to the actuator to generate haptic feedback.

7. The haptic feedback system of claim 6, wherein the haptic feedback signal is based only on one of the predefined haptic effects.

8. A method of generating haptic feedback comprising:
receiving a request for one of a plurality of pre-defined stored haptic effects, wherein the request is a control signal generated in response to a first application that identifies the haptic effect out of the plurality of haptic effects to be played;
retrieving the requested pre-defined stored haptic effect;
generating drive signals based on the retrieved pre-defined stored haptic effect; and
applying the drive signals to an actuator;
wherein the entire haptic output in response to the request consists of the requested pre-defined stored haptic effect;
wherein an application program interface (API) receives the haptic effect request from the first application and retrieves the requested pre-defined stored haptic effect, wherein the first application is registered with the API and a second application is also registered with the API and has access to the requested pre-defined stored haptic effect.

9. The method of claim 8, wherein each of the plurality of pre-defined haptic effects are stored as a digitized streamed envelope construct.

10. The method of claim 8, wherein the request comprises a priority, and the one of the pre-defined haptic effects is retrieved based on the priority.

11. The method of claim 8, wherein the haptic feedback is generated from only the pre-defined stored haptic effects.

12. A non-transitory computer readable medium having instructions stored thereon that, when executed by a processor, causes the processor to generate haptic feedback, the instructions comprising:

US 8,619,051 B2

9

receiving a request for one of a plurality of pre-defined stored haptic effects, wherein the request is a control signal generated in response to a first application that identifies the haptic effect out of the plurality of haptic effects to be played;

retrieving the requested pre-defined stored haptic effect;

generating drive signals based on the retrieved pre-defined stored haptic effect; and

applying the drive signals to an actuator;

wherein the entire haptic output in response to the request consists of the requested pre-defined stored haptic effect;

wherein an application program interface (API) receives the haptic effect request from the first application and retrieves the requested pre-defined stored haptic effect, wherein the first application is registered with the API and a second application is also registered with the API and has access to the requested pre-defined stored haptic effect.

**13**. The computer readable medium of claim **12**, wherein each of the plurality of pre-defined haptic effects are stored as a digitized streamed envelope construct.

**14**. The computer readable medium of claim **12**, wherein the request comprises a priority, and the one of the pre-defined haptic effects is retrieved based on the priority.

**15**. The computer readable medium of claim **12**, wherein the haptic feedback is generated from only the pre-defined stored haptic effects.

10

\* \* \* \* \*