# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>      Defendants. | Civil A. No. 2:17-CV-572-JRG-RSP<br>Civil A. No. 2:18-CV-055-JRG |

## ORDER GRANTING SAMSUNG'S
## OPPOSED MOTION TO CONSOLIDATE CASES FOR PRETRIAL PURPOSES

Pending before this Court is Samsung's Motion to Consolidate Cases for Pretrial Purposes. The Court has considered the Motion, and is of the opinion that the Motion should be granted.

It is therefore ORDERED that the Court GRANTS Samsung's Motion to Consolidate Cases for Pretrial Purposes.

It is SO ORDERED.