## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Defendants. | Case No. 2:17-cv-572<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' NOTICE OF COMPLIANCE WITH ORDER

Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively "Samsung") hereby provide notice that on October 22, 2018, pursuant to the Court's Order of October 16, 2018, a check in the amount of $13,991.14 was sent via Federal Express to Mr. Keyzer's office. Confirmation of delivery was received on October 23, 2018.

Dated: October 25, 2018

By:

Respectfully submitted,

*/s/ Stephen A. Marshall*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Indranil Mukerji
MA Bar 644059
mukerji@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
Linhong Zhang *admitted pro hac vice*
DE Bar No. 5083
lwzhang@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
Jane Du
TX Bar No. 24076355
du@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Frank J. Albert   *admitted pro hac vice*
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92150
Telephone: (858) 678-5070
Facsimile: (858) 378-5099

>Katherine Reardon
>NY Bar No. 5196910
>kreardon@fr.com
>FISH & RICHARDSON P.C.
>601 Lexington Avenue, 52nd Floor
>New York, NY 10022-4611
>Telephone: (212) 765-5070
>Facsimile: (212) 258-2291
>
>Tony Nguyen
>TX Bar No. 24083565
>nguyen@fr.com
>FISH & RICHARDSON P.C.
>1221 McKinney Street, Ste. 2800
>Houston, TX 77010
>Telephone: (713) 654-5300
>Facsimile: (713) 652-0109
>
>Melissa Smith
>TX Bar No. 24001351
>melissa@gillamsmithlaw.com
>GILLAM & SMITH LLP
>303 South Washington Avenue
>Marshall, Texas 75670
>Telephone: (903) 934 – 8450
>Facsimile: (903) 934-9257
>
>**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 25, 2018, to all counsel of record who are deemed to have consented to electronic service via email per Local Rule CV-5(a)(3).

*/s/ Stephen A. Marshall*