IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION<br>  *Plaintiff*, | § § § | |
| v. | § § | CASE NO. 2:17-cv-00572-JRG |
| SAMSUNG ELECTRONICS AMERICA,<br>INC. et al<br>  *Defendants.* | § § § § | |

## REPORT OF SECOND MEDIATION

A second mediation was conducted by David Folsom on Thursday, March 21, 2019, between Plaintiff, Immersion Corporation, and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. in the above-captioned case. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 3rd day of April 2019.

                 */s/ David Folsom*
                 David Folsom
                 TXBN: 07210800
                 JACKSON WALKER, LLP
                 6002-B Summerfield Drive
                 Texarkana, Texas 75503
                 Telephone: (903) 255-3250
                 Facsimile: (903) 255-3265
                 E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 3rd day of April 2019. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                 */s/ David Folsom*
                 David Folsom