# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Defendants. | Case No. 2:17-cv-00572-JRG<br>(LEAD CASE)<br><br>Case No. 2:18-cv-00055-JRG<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT SAMSUNG'S NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. (collectively, "Samsung"), provide notice that in the trial of the above-captioned matters, Samsung may rely on one or more of the prior art references identified in this Notice, either alone or in combination.

Samsung has already provided notice to Plaintiff Immersion Corporation ("Immersion") of the identity of certain publications, patents, and persons within the ambit of § 282 through the pleadings and correspondence in this case, including, but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, the Discovery Order, and the Local Patent Rules, and material disclosed in trial exhibit lists. Samsung expressly incorporates herein by reference all of the publications, patents, and specification of persons within the ambit of § 282 previously cited in these pleadings, testimony, expert reports, correspondence and other materials. Samsung also reserves the right to rely on any description of the prior art within the specifications of the asserted patents or items of prior

art cited on their face. Samsung reserves the right to amend and/or supplement this Notice to add items to this statement that were inadvertently omitted.

**I.     Prior Art to Asserted U.S. Patent No. 6,429,846**

   **A.  U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,919,691** | May 26, 1971 | Nov. 11, 1975 | A. Michael Noll | Bell Telephone Laboratories, Incorporated |
| 5,748,185* | Jul. 3, 1996 | May 5, 1998 | Allan H. Stephan, Brent N. Laporte, Stephen B. Powers, Mark McNeely | Stratos Product Development Group |
| 5,977,867* | May 29, 1998 | Nov. 2, 1999 | Francois Blouin | Nortel Networks Coporation |
| 6,037,930 | Apr. 23, 1997 | Mar. 14, 2000 | Andrew Lawrence Wolfe, Gary Lloyd Barrett | The Whitaker Corporation |
| 6,118,435* | Apr. 8, 1998 | Sept. 12, 2000 | Toshihiro Fujita, Akito Okamoto, Takuya Shioji, Keisuke Inaoka, Tomonori Nishiki, Masahiko Kawakami | Idec Izumi Corporation |
| 6,373,463* | Oct. 14, 1998 | Apr. 16, 2002 | Douglas Wayne Beeks | Honeywell International Inc. |

---

** Reference patent number was inadvertently provided as "3,919,616" at ¶ 82 of the Expert Report of Dr. Andrew Wolfe, Ph. D. on the Invalidity of U.S. Patent Nos. 6,429,846, 7,982,720, 8,031,181, and 8,619,051.

* Reference is identified in this Notice pursuant to 35 U.S.C. § 282(c) as a basis of invalidity of the asserted claims of the respective patent under 35 U.S.C. §§ 102 and/or 103 persuant to the parties' December 7, 2018 case-narrowing agreement. Samsung further identifies the reference for purposes of showing the state of the art in accordance with 35 U.S.C. § 282(c).

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 6,757,002* | Nov. 4, 1999 | Jun. 29, 2004 | Glen A. Oross, Jacques H. Helot | Hewlett-Packard Development Company, L.P. |
| 7,592,999 | Apr. 17, 2006 | Sep. 22, 2009 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |
| 7,728,820 | Jul. 10, 2003 | Jun. 1, 2010 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |

**B. Non-Patent Publications**

| Title | Publication Date | Page Numbers |
|---|---|---|
| T.H. Massie, "Design of a Three Degree of Freedom Force-Reflecting Haptic Interface," produced at SAM-IMM01104667 | 1993 | All |
| Apple Computer, Inc., "Macintosh Human Interface Guidelines," produced at SAM-IMM01103743 | 1992 | All |

**II. Prior Art to Asserted U.S. Patent No. 7,969,288**

  **A. U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,919,691** | May 26, 1971 | Nov. 11, 1975 | A. Michael Noll | Bell Telephone Laboratories, Incorporated |
| 5,157,384* | Apr. 28, 1989 | Oct. 20, 1992 | Evon C. Greanias, Guy F. Verrier, Gordon W. Arbeitman, Alan R. Tannenbaum, Yu L. An | International Business Machines Corporation |
| 6,037,930 | Apr. 23, 1997 | Mar. 14, 2000 | Andrew Lawrence Wolfe, Gary Lloyd Barrett | The Whitaker Corporation |
| 7,592,999 | Apr. 17, 2006 | Sep. 22, 2009 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |
| 7,728,820 | Jul. 10, 2003 | Jun. 1, 2010 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |

B.  Non-U.S. Patent Application Publications

| Country & Number | Filing Date | Publication Date | Named Inventors | Applicant |
|---|---|---|---|---|
| WO 97/04840* | Jul. 19, 1996 | Feb. 13, 1997 | Craig K. Poulton | Craig K. Poulton |
| WO 97/21160* | Nov. 26, 1996 | Jun. 12, 1997 | Louis B. Rosenberg, Scott B. Brave | Immersion Human Interface Corporation |
| WO 97/25657* | Dec. 19, 1996 | Jul. 17, 1997 | Chester L. Schuler, Seth M. Haberman | Lex Computer and Management Corporation |

C.  Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| T.H. Massie, "Design of a Three Degree of Freedom Force-Reflecting Haptic Interface," produced at SAM-IMM01104667 | 1993 | All |
| Apple Computer, Inc., "Macintosh Human Interface Guidelines," produced at SAM-IMM01103743 | 1992 | All |

III.  Prior Art to Asserted U.S. Patent No. 7,982,720

A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,919,691** | May 26, 1971 | Nov. 11, 1975 | A. Michael Noll | Bell Telephone Laboratories, Incorporated |
| 5,748,185* | Jul. 3, 1996 | May 5, 1998 | Allan H. Stephan, Brent N. Laporte, Stephen B. Powers, Mark McNeely | Stratos Product Development Group |
| 5,977,867* | May 29, 1998 | Nov. 2, 1999 | Francois Blouin | Nortel Networks Coporation |
| 6,037,930 | Apr. 23, 1997 | Mar. 14, 2000 | Andrew Lawrence Wolfe, Gary Lloyd Barrett | The Whitaker Corporation |

4

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 6,118,435* | Apr. 8, 1998 | Sept. 12, 2000 | Toshihiro Fujita, Akito Okamoto, Takuya Shioji, Keisuke Inaoka, Tomonori Nishiki, Masahiko Kawakami | Idec Izumi Corporation |
| 6,757,002* | Nov. 4, 1999 | Jun. 29, 2004 | Glen A. Oross, Jacques H. Helot | Hewlett-Packard Development Company, L.P. |
| 7,592,999 | Apr. 17, 2006 | Sep. 22, 2009 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |
| 7,728,820 | Jul. 10, 2003 | Jun. 1, 2010 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |

B.  Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| T.H. Massie, "Design of a Three Degree of Freedom Force-Reflecting Haptic Interface," produced at SAM-IMM01104667 | 1993 | All |
| Apple Computer, Inc., "Macintosh Human Interface Guidelines," produced at SAM-IMM01103743 | 1992 | All |

IV.  Prior Art to Asserted U.S. Patent No. 8,031,181

A.  U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,919,691** | May 26, 1971 | Nov. 11, 1975 | A. Michael Noll | Bell Telephone Laboratories, Incorporated |
| 5,748,185* | Jul. 3, 1996 | May 5, 1998 | Allan H. Stephan, Brent N. Laporte, Stephen B. Powers, Mark McNeely | Stratos Product Development Group |

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 5,977,867* | May 29, 1998 | Nov. 2, 1999 | Francois Blouin | Nortel Networks Coporation |
| 6,037,930 | Apr. 23, 1997 | Mar. 14, 2000 | Andrew Lawrence Wolfe, Gary Lloyd Barrett | The Whitaker Corporation |
| 6,118,435* | Apr. 8, 1998 | Sep. 12, 2000 | Toshihiro Fujita, Akito Okamoto, Takuya Shioji, Keisuke Inaoka, Tomonori Nishiki, Masahiko Kawakami | Idec Izumi Corporation |
| 6,373,463* | Oct. 14, 1998 | Apr. 16, 2002 | Douglas Wayne Beeks | Honeywell International Inc. |
| 6,757,002* | Nov. 4, 1999 | Jun. 29, 2004 | Glen A. Oross, Jacques H. Helot | Hewlett-Packard Development Company, L.P. |
| 7,592,999 | Apr. 17, 2006 | Sep. 22, 2009 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |
| 7,728,820 | Jul. 10, 2003 | Jun. 1, 2010 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |

B. Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| T.H. Massie, "Design of a Three Degree of Freedom Force-Reflecting Haptic Interface," produced at SAM-IMM01104667 | 1993 | All |
| Apple Computer, Inc., "Macintosh Human Interface Guidelines," produced at SAM-IMM01103743 | 1992 | All |

**V.     Prior Art to Asserted U.S. Patent No. 8,619,051**

   **A.  U.S. Patents**

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,919,691** | May 26, 1971 | Nov. 11, 1975 | A. Michael Noll | Bell Telephone Laboratories, Incorporated |
| 6,037,930 | Apr. 23, 1997 | Mar. 14, 2000 | Andrew Lawrence Wolfe, Gary Lloyd Barrett | The Whitaker Corporation |
| 7,592,999 | Apr. 17, 2006 | Sep. 22, 2009 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |
| 7,728,820 | Jul. 10, 2003 | Jun. 1, 2010 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |

   **B.  U.S. Patent Application Publications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| 2005/0219206* | Sep. 27, 2004 | Oct. 6, 2005 | Bruce M. Schena, Erik Shahoian |
| 2006/0129719* | Nov. 8, 2004 | Jun. 15, 2006 | Juan Manuel Cruz-Hernandez, Henrique D. Da Costa, Dany A. Grant, Robert A. Lacroix |

   **C.  Non-U.S. Patent Application Publications**

| Country & Number | Filing Date | Publication Date | Named Inventors | Applicant |
|---|---|---|---|---|
| WO 2005/085981* | Feb. 3, 2004 | Sep. 15, 2005 | Jussi Malmberg, Jvri P. Salomaa | Nokia Corporation |
| WO 99/40504* | Feb. 2, 1999 | Aug. 12, 1999 | Ehud Baron, Michael Mordison | InMotion Technologies Ltd. |

7

### D. Non-Patent Publications

| Title | Publication Date | Page Numbers |
|---|---|---|
| T.H. Massie, "Design of a Three Degree of Freedom Force-Reflecting Haptic Interface," produced at SAM-IMM01104667 | 1993 | All |
| Apple Computer, Inc., "Macintosh Human Interface Guidelines," produced at SAM-IMM01103743 | 1992 | All |

## VI. Prior Art to Asserted U.S. Patent No. 9,323,332

### A. U.S. Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| 3,919,691** | May 26, 1971 | Nov. 11, 1975 | A. Michael Noll | Bell Telephone Laboratories, Incorporated |
| 5,157,384* | Apr. 28, 1989 | Oct. 20, 1992 | Evon C. Greanias, Guy F. Verrier, Gordon W. Arbeitman, Alan R. Tannenbaum, Yu L. An | International Business Machines Corporation |
| 5,742,278* | Nov. 1, 1995 | Apr. 21, 1998 | Elaine Y. Chen, Bin An, Timothy R. Osborne, Paul Dilascia, Matthew Coill | Microsoft Corporation |
| 6,037,930 | Apr. 23, 1997 | Mar. 14, 2000 | Andrew Lawrence Wolfe, Gary Lloyd Barrett | The Whitaker Corporation |
| 6,209,011* | May 8, 1997 | Mar. 27, 2001 | William Vong, Chad Schwitters | Microsoft Corporation |
| 7,592,999 | Apr. 17, 2006 | Sep. 22, 2009 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |
| 7,728,820 | Jul. 10, 2003 | Jun. 1, 2010 | Louis B. Rosenberg, James R. Riegel | Immersion Corporation |

**B. Non-U.S. Patent Application Publications**

| Country & Number | Filing Date | Publication Date | Named Inventors | Applicant |
|---|---|---|---|---|
| WO 97/21160* | Nov. 26, 1996 | Jun. 12, 1997 | Louis B. Rosenberg, Scott B. Brave | Immersion Human Interface Corporation |
| WO 97/25657* | Dec. 19, 1996 | Jul. 17, 1997 | Chester L. Schuler, Seth M. Haberman | Lex Computer and Management Corporation |

**C. Non-Patent Publications**

| Title | Publication Date | Page Numbers |
|---|---|---|
| R.B. Gillespie and S. O'Modhrain, "The Moose: A Haptic User Interface for Blind Persons with Application to the Digital Sound Studio," produced at SAM-IMM00000515* | Oct., 1995 | All |
| T.H. Massie, "Design of a Three Degree of Freedom Force-Reflecting Haptic Interface," produced at SAM-IMM01104667 | 1993 | All |
| Apple Computer, Inc., "Macintosh Human Interface Guidelines," produced at SAM-IMM01103743 | 1992 | All |

Date: April 11, 2019	Respectfully submitted,

By: */s/ Stephen A. Marshall*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
D.C. Bar No. 459780
mckeon@fr.com
Indranil Mukerji
MA Bar 644059
mukerji@fr.com
Stephen A. Marshall
D.C. Bar No. 1012870
smarshall@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Leonard E. Davis
TX Bar No. 05521600
ldavis@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Frank J. Albert
CA Bar No. 247741
albert@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92150
Telephone: (858) 678-5070
Facsimile: (858) 378-5099

Melissa Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934 – 8450
Facsimile: (903) 934-9257

**COUNSEL FOR DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC. AND SAMSUNG ELECTRONICS CO., LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Pursuant to Local Rule CV-5(a)(7)(D), all counsel of record were served with a true and correct copy of the foregoing by email on this 11th day of April 2019.

/s/ Stephen A. Marshall