IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>    **Plaintiff,**<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD.,<br><br>    **Defendants.** | §<br>§<br>§<br>§<br>§<br>§   **CIVIL ACTION NO. 2:17-CV-00572-JRG**<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff Immersion Corporation and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co, Ltd.'s (collectively the "Parties") Joint Motion for Juror Questionnaire (the "Motion"). (Dkt. No. 168.) The Parties submit a proposed juror questionnaire for the above-captioned case. The Court's Standing Order Regarding Use of Juror Questionnaires in Advance of Voir Dire directs parties to notify the Deputy Clerk in Charge directly regarding the date and time by which juror questionnaires shall be presented to accompany the jury summons if the Parties desire to avail themselves the benefit of using juror questionnaires. The Parties filed the proposed questionnaire on the docket and did not comply with the Court's standing order. Accordingly, the Court is of the opinion that the Motion should be and hereby is **DENIED**.

    **So ORDERED and SIGNED this 18th day of April, 2019.**

*[signature: Rodney Gilstrap]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE