# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMMERSION CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO.  2:17-CV-00572- JRG |
| | § | (LEAD CASE) |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | CIVIL ACTION NO. 2:17-CV-00055-JRG |
| INC., and SAMSUNG ELECTRONICS, | § | (CONSOLDIATED CASE) |
| CO., LTD., | § | |
| | § | |
| *Defendants*. | | |

**FINAL PRETRIAL CONFERENCE**
**HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP**
**APRIL 23, 2019**

**OPEN:  9:03 a.m.**                                                        **ADJOURN: 10:10 a.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Catherine Sima Owens<br>Matthew Wood |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:03 a.m. | Counsel announced ready for hearing.  Mr. Birnholz and Ms. Smith introduced counsel. |
| 9:07 a.m. | The Court heard argument re Immersion's Objection to Unasserted Immersion Patent File Histories (Dkt. 173, § I.B.2) - DTX-764, DTX-765.  Mr. Wilson argued on behalf of Plaintiff.  Mr. Nguyen argued on behalf of Defendants.  The Court DENIED the admission of these as exhibits but may be used as demonstratives. |
| 9:10 a.m. | The Court heard argument re Immersion's Objection to Third Party Licenses (Dkt. 173, § I.E.2) - DTX-205, DTX-206, DTX-207.  Mr. Wilson argued on behalf of Plaintiff.  Mr. Tishman argued on behalf of Defendants.  The Court DENIED the admission of these exhibits. |
| 9:19 a.m. | The Court heard argument re Immersion's Objection to Third Party Articles and Websites (Dkt. 173, § I.I.1) - DTX-293, DTX-303, DTX-316, DTX-329, DTX- |

| TIME | MINUTES |
|---|---|
| | 369, DTX-378, DTX-379, DTX-710. Ms. Glasser argued on behalf of Plaintiff. Mr. Tishman argued on behalf of Defendants. The parties WITHDREW this category of exhibits. |
| 9:30 a.m. | The Court heard argument re Samsung's Objection to Articles and Press Releases (Dkt. 173, § II.D.1) – PTX-677, PX-691. Mr. McKeon indicated the objection to this category of exhibits was WITHDRAWN. The Court PRE-ADMITTED this category of exhibits. |
| 9:32 a.m. | The Court heard argument re Exhibits Related to Samsung Accused Products - DTX-712, DTX-713. Ms. Glasser argued on behalf of Plaintiff. Mr. Nguyen argued on behalf of Defendants. The objection to DTX-712 was WITHDRAWN. The Court PRE-ADMITTED page ending in Bates number 557 of DTX-713. The Court stated that while the exhibit is pre-admitted, it is conditioned upon a showing that it complies with the business records exception or acknowledgement by Plaintiff that it complies. |
| 9:41 a.m. | The Court heard argument re Exhibits Related to Immersion Software (VibeTonz & TouchSense Embodying Products) – The following exhibits were PRE-ADMITTED: DTX 120-123, DTX 125-128, DTX 130 and 132, due to Plaintiff's withdrawal of objections. The Court heard argument re DTX-115, DTX-119, DTX-124, DTX-125, and DTX-129. Ms. Glasser argued on behalf of Plaintiff. Mr. Nguyen argued on behalf of Defendants. The Court PRE-ADMITTED DTX-115, DTX-119, DTX-124, DTX-125, and DTX-129 for Samsung to use with its noninfringement expert. Mr. Birnholz requested clarification on the Court's Order. The Court clarified the ruling. Mr. McKeon confirmed his understanding of the ruling. |
| 9:59 a.m. | The Court heard argument re Samsung Patents (Dkt. 173, § I.B.1) - DTX-451, DTX-452, DTX-453, DTX-726, DTX-727, DTX-728, DTX-729, DTX-730, DTX-731, DTX-732, DTX-733, DTX-734 (Immersion MIL #2). Ms. Glasser argued for Plaintiff. Mr. Tishman argued for Defendants. The exhibits were NOT PRE-ADMITTED. |
| 10:01 a.m. | The Court heard argument re Uncharted Prior Art (Dkt. 173, § I.B.3) - DTX-611, DTX-612, DTX-613, DTX-614, DTX-641, DTX-642, DTX-643, DTX-766, DTX-767 (Immersion MIL #7). Mr. Orso argued for Plaintiff. Mr. Nguyen argued for Defendants. The Court EXCLUDED these exhibits. |
| 10:04 a.m. | Mr. McKeon addressed exhibits withdrawn by agreement. |
| 10:06 a.m. | Parties to meet and confer re updated exhibit lists. Mr. Birnholz addressed the exchange of opening and closing demonstratives. Mr. McKeon addressed procedures for demonstratives. |
| 10:10 a.m. | Court adjourned. |