IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IMMERSION CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 2:17-CV-00572-JRG |
| v. § | (LEAD) |
| § | |
| SAMSUNG ELECTRONICS AMERICA, § | CIVIL ACTION NO. 2:18-CV-00055-JRG |
| INC., SAMSUNG ELECTRONICS CO., § | (MEMBER) |
| LTD., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Immersion Corporation and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.'s (collectively, the "Parties") Joint Motion and Stipulation of Dismissal with Prejudice (the "Motion"). (Dkt. No. 192.) The Parties have executed a settlement agreement resolving all disputes between them in Case Nos. 2:17-cv-00572-JRG (lead) and 2:18-cv-00055-JRG (member). Accordingly, pursuant to Rule 41 of the Federal Rule of Civil Procedure, the Parties request the Court enter an order dismissing with prejudice all of the Parties' respective claims and counterclaims asserted in the above-captioned consolidated cases, with each party to bear its own costs, expenses, and attorneys' fees.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims and counterclaims asserted in consolidated cases 2:17-cv-00572-JRG and 2:18-cv-00055-JRG are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and attorneys' fees. Any other pending motions in cases 2:17-cv-00572-JRG and 2:18-cv-00055-JRG are **DENIED AS MOOT**.

The Clerk of Court is **DIRECTED TO CLOSE** lead case 2:17-cv-00572-JRG and its member case 2:18-cv-00055-JRG.

**So ORDERED and SIGNED this 16th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE